McGLENSEY and WOLFE *vs.* JOHN McLEAR, garnishee of GOLD-SMIT and GOUDKOP.

*Exoneretur entered on a bail-piece on it appearing that the principal had been discharged by the insolvent laws of Pennsylvania.*

ATTACHMENT.

Rule to show cause why an exoneretur should not be entered on a bail piece.

The deft., McLear, was summoned as the garnishee of Goldsmit and Goudkop, on a writ of foreign attachment, at the suit of plffs., against the said Goldsmit and Goudkop. The defts. appeared and put in special bail to the action, and thereby discharged the garnishee and dissolved the attachment. *Dig.* 46. The bail now applied for an exoneretur, on the ground that the defts. had, previously to the attachment, been regularly discharged under the insolvent laws of Pennsylvania. Both plffs. and defts. are residents of Pennsylvania.

*The Court* at first doubted; but, on consideration, they made the rule absolute. See ante 183: *Bailey* vs. *Seal's special bail,* and 8 *T. Rep.* 609.

*Rogers,* in support of the rule.